UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD.    Plaintiff, <br><br> -v- <br><br> FINJAN, INC. and FINJAN SOFTWARE, LTD.    Defendant. | Case No. 08-CV-5611 (RJH) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ALADDIN KNOWLEDGE SYSTEMS, LTD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 6/20/08

Signature of Attorney

Attorney Bar Code: ED-6524