

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALADDIN KNOWLEDGE SYSTEMS, LTD.
               Plaintiffs,

          -V-

FINJAN, INC. & FINJAN SOFTWARE, LTD.
              Defendants.

---

**CERTIFICATE OF MAILING**

08 CV 5611 (RJH)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**7ʰ day of July, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**20th day of June, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7910 9881 4700**

                                  _J. Michael McMahon_
                                       CLERK

Dated: New York, NY

**ORIGINAL**



quinn emanuel trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7334**

WRITER'S INTERNET ADDRESS
**joshuafurman@quinnemanuel.com**

July 3, 2008

J. Michael McMahon
Clerk of Court
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    Aladdin Knowledge Systems, Ltd. v. Finjan, Inc. and Finjan Software, Ltd.
       08-cv-5611 (RJH)



From:   Origin ID: NBPA  (212) 849-7000
Joshua Furman
Quinn Emanuel Trial Lawyers
51 Madison Ave 22nd FLR

New York, NY 10010
UNITED STATES

SHIP TO: 97298659440          BILL SENDER
**Yuval Ben Itzhak**
**Finjan Software, Ltd.**
**Hamachshev St. 1**
**New Industrial Area**

**Netanya, 42504**
IL

Ship Date: 03JUL08
ActWgt: 0.5 LB
System#: 7756693/WBUS0200
Account#: S *********

REF: 03412.51421-02141
DESC-1: Court documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: USD
T/C: S 364962304        D/T: S
SIGN: Joshua Furman
EIN/VAT:
PKG TYPE: ENV

TRK# 0430   7910 9881 4700      **INTL PRIORITY**

**42504**
**-IL**



These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.