# AFFIDAVIT OF SERVICE

**Aladdin Knowledge Systems, Ltd.**
                        Plaintiff,

   *-against-*

   Finjan, Inc., Et Ano,
                        Defendants.

---

THE UNDERSIGNED DECLARE UNDER PENALTY OF PURJURY THAT I WAS ON THE DATE HEREIN REFERED TO OVER THE AGE 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION I SERVED THE:

**Summons in a Civil Action, Civil Cover Sheet, Individual Practices of Judge Richard J. Holwell, Individual Practices Magistrate Judge Maas, Consent to Proceed before United States Magistrate Judge, Electronic Case Filing Rules & Instructions, Complaint for Patent Infringement and Jury Demand**

At: FINJAN, INC.

At: **C/O CT Corp. 818 West 7th Street, Los Angeles, CA 90017**

Manner of service in compliance with Federal Code of Civil Procedure

I declare under penalty of perjury under the law of the United Stares of America that the forgoing information Contained in the Proof of Service is true and correct, that the declaration was executed on July 8,2008

_____
Victor E. Mendez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALADDIN KNOWLEDGE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> FINJAN, INC. and FINJAN SOFTWARE, LTD., <br><br> Defendants. | 08-cv-5611 (RJH) <br><br> CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT |

I, Joshua Furman, a member of the Bar of this Court, hereby certify that on July 9, 2008, I caused the following documents to be served by Federal Express mail on defendant Finjan Software, Ltd.:

1. Complaint;

2. Summons;

3. Individual Practices of Judge Holwell;

4. Individual Practices of Magistrate Judge Maas; and

5. Form to consent to proceed before a Magistrate Judge.

Copies of the delivery receipts are attached.

Dated: July 9, 2008.
New York, NY

_____
Joshua Furman (JF9792)

51421/2566074.1

Track Shipments/FedEx Kinko's Orders
# Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 791098814700 | **Reference** | 03412.51421-021 |
| **Signed for by** | R.ABRAHAM | | 41 |
| **Ship date** | Jul 7, 2008 | | |
| **Delivery date** | Jul 9, 2008 5:11 PM | **Destination** | NETANYA IL |
| | | **Delivered to** | Receptionist/Front Desk |
| | | **Service type** | Priority Envelope |
| | | **Weight** | 0.7 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location |
|---|---|---|---|
| Jul 9, 2008 | 5:11 PM | Delivered | NETANYA IL |
| | 9:23 AM | On FedEx vehicle for delivery | PETAH TIQWA IL |
| | 7:40 AM | Clearance in progress | PETAH TIQWA IL |
| | 7:40 AM | Int'l shipment release | PETAH TIQWA IL |
| | 7:40 AM | Int'l shipment release | PETAH TIQWA IL |
| | 7:40 AM | Int'l shipment release | PETAH TIQWA IL |
| | 7:40 AM | Int'l shipment release | PETAH TIQWA IL |
| Jul 8, 2008 | 5:00 AM | Departed FedEx location | MEMPHIS, TN |
| | 1:47 AM | Arrived at FedEx location | MEMPHIS, TN |
| | 1:47 AM | Departed FedEx location | MEMPHIS, TN |
| Jul 7, 2008 | 10:42 PM | Departed FedEx location | NEWARK, NJ |
| | 10:19 PM | Left FedEx origin facility | NEW YORK, NY |
| | 10:18 PM | Arrived at FedEx location | NEWARK, NJ |
| | 6:38 PM | Picked up | NEW YORK, NY |
| Jul 3, 2008 | 11:58 AM | Package data transmitted to FedEx | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments/o ]

Subscribe to tracking updates (optional)

Your name: _____     Your e-mail address: _____

| E-mail address | Language | Exception updates |
|---|---|---|
| | English | |
| | English | |
| | English | |
| | English | |

**Select format:** ● HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions