UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

             Plaintiff,

v.

FINJAN, INC. and FINJAN SOFTWARE, LTD.

             Defendant.

08 Civ. 5611 (RJH)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Aladdin Knowledge Systems, Ltd. and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: July 22, 2008
      New York, New York

                             Respectfully submitted,

                             QUINN, EMANUEL, URQUHART,
                             OLIVER & HEDGES LLP

                             By: _____
                                 Joshua Furman
                                 joshuafurman@quinnemanuel.com

                             51 Madison Avenue, 22nd Floor
                             New York, New York 10010
                             Telephone: (212) 849-7000

                             *Attorneys for the Plaintiff*

51421/2572491.1