UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

        Plaintiff,

-against-

FINJAN, INC. and FINJAN SOFTWARE, LTD.

        Defendant.

08 Civ. 5611 (RJH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

Mado Martinez being duly sworn deposes and says:

    She is over the age of eighteen years old, not a party to this action and resides at Bronx, New York.

    That on July 22, 2008, I served by first class mail, a true and correct copy of the attached **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**, by depositing a true and correct copy in a sealed properly addressed envelope, as follows:

    Paul J. Andre, Esq.
    King & Spalding, LLP
    1000 Bridge Parkway, Suite 100
    Redwood Shores, CA 94065

and by depositing the first class envelope in an official depository under the exclusive case and custody of a United States Postal Service located within New York State.

                                              _/s/ Mado Martinez_
                                                Mado Martinez

Sworn before me, this
22nd day of July, 2008

_/s/ Brad Cohen_
Notary Public

BRAD E. COHEN
Notary Public, State of New York
No. 02CO6158807
Qualified in New York County
Commission Expires January 8, 2011