**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ALADDIN KNOWLEDGE SYSTEMS, LTD.,    :

                  Plaintiff,    :    08 Civ. 5611 (RJH)

       v.    :    **MOTION TO ADMIT COUNSEL**
                                 *PRO HAC VICE*

FINJAN, INC. and FINJAN SOFTWARE, LTD.    :

               Defendant.    :

                                            :

-------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, Joshua R. Furman a member in

good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac

vice of:

      Applicant's Name:     Claude M. Stern

      Firm Name:          Quinn Emanuel Urquhart Oliver & Hedges, LLP

      Address:            555 Twin Dolphin Shores, Suite 650

      City/State/Zip:      Redwood Shores, California 94065

      Phone Number:     (650) 801-5000

      Fax Number:       (650) 801-5100

      Claude M. Stern is a member in good standing of the Bar of the State of

California. There are no pending disciplinary proceeding against Claude M. Stern in any State or

Federal court. And,

      Applicant's Name:     Evette D. Pennypacker

51421/2560064.1

Firm Name:          Quinn Emanuel Urquhart Oliver & Hedges, LLP

Address:            555 Twin Dolphin Shores, Suite 650

City/State/Zip:     Redwood Shores, California 94065

Phone Number:       (650) 801-5000

Fax Number:         (650) 801-5100


Evette D. Pennypacker is a member in good standing of the Bar of the State of

California.  There are no pending disciplinary proceedings against Evette D. Pennypacker in any

State or Federal Court.


Dated:  New York, New York              Respectfully submitted,
        July 22, 2008

                                        Joshua R Furman (JF9792)
                                        QUINN, EMANUEL, URQUHART,
                                        OLIVER & HEDGES, LLP

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

June 27, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CLAUDE MICHAEL STERN, #96737 was admitted to the practice of law in this state by the Supreme Court of California on December 19, 1980; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

June 27, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EVETTE
DIONNA PENNYPACKER, #203515 was admitted to the practice of law in
this state by the Supreme Court of California on December 6, 1999; and has
been since that date, and is at date hereof, an ACTIVE member of the State
Bar of California; and that no recommendation for discipline for professional
or other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ALADDIN KNOWLEDGE SYSTEMS, LTD.,   :

               Plaintiff,   :

                              :     08 Civ. 5611 (RJH)

     v.   :

FINJAN, INC. and FINJAN SOFTWARE, LTD.   :

               Defendant.   :

  :

  :

-------------------------------------------------------------x

## DECLARATION OF JOSHUA R. FURMAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
## OF CLAUDE M. STERN, AND EVETTE D. PENNYPACKER

Joshua R. Furman, being duly sworn, hereby deposes and says as follows:

1.     I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Aladdin Knowledge Syetms, Ltd.  I make this declaration in support of Aladdin Knowledge Systems, Ltd.'s motion allowing Claude M. Stern and Evette D. Pennypacker attorneys in the Silicon Valley offices of Quinn Emanuel Urquhart Oliver & Hedges, LLP to appear in this matter *pro hac vice*.

2.     I am a member in good standing of the bar of the State of New York and a member of the Bar of this Court.

3.     Claude M. Stern is a member in good standing in the Bar of the State of California.

4.     Evette D. Pennypacker is a member in good standing in the Bar of the State of California.

51421/2560064.1

5.     Claude M. Stern and Evette D. Pennypacker have performed extensive legal work for Aladdin Knowledge Systems, Inc. related to the subject matter of this action and will meaningfully participate in the prosecution of this action.

6.     I respectfully submit a proposed order granting the admission of Claude M. Stern, pro hac vice, which is attached hereto as Exhibit A.

7.     I respectfully submit a proposed order granting the admission of Evette D. Pennypacker, pro hac vice, which is attached hereto as Exhibit B.

Wherefore, Declarant respectfully requests the motion to allow Claude M. Stern and Evette D. Pennypacker to appear *pro hac vice* in this matter be granted.

Dated:  New York, New York
        July 22, 2008

_____
Joshua R. Furman (JF9792)
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES, LLP

51421/2560064 1

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

                         Plaintiff,

        v.

FINJAN, INC. and FINJAN SOFTWARE, LTD.

                        Defendant.

------------------------------------------------------------x

08 Civ. 5611 (RJH)

**PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

This matter having been presented to the Court, and upon reading the accompanying Declaration of Joshua R. Furman dated July 22, 2008 it is hereby

        ORDERED, that Claude M. Stern is admitted to practice pro hac vice as counsel for Aladdin Knowledge Systems, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

                    SO ORDERED:

Dated: _____

                    _____
                    Honorable Richard J. Holwell
                    United States District Judge

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ALADDIN KNOWLEDGE SYSTEMS, LTD.,       :

                  Plaintiff,       :       08 Civ. 5611 (RJH)

    v.       :

FINJAN, INC. and FINJAN SOFTWARE, LTD.       :       **PROPOSED ORDER GRANTING**
                              **APPLICATION FOR ADMISSION**
              Defendant.       :       **OF ATTORNEY *PRO HAC VICE***

                          :

-----------------------------------------------------------------x

       This matter having been presented to the Court, and upon reading the accompanying

Declaration of Joshua R. Furman dated July 22, 2008 it is hereby

              ORDERED, that Evette D. Pennypacker is admitted to practice pro hac vice as

counsel for Aladdin Knowledge Systems, Inc. in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing before this Court

are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of Court.

                          SO ORDERED:

Dated: _____       _____
                                Honorable Richard J. Holwell
                                United States District Judge

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALADDIN KNOWLEDGE SYSTEMS, LTD.,

                    Plaintiff,

          -against-

FINJAN, INC. and FINJAN SOFTWARE, LTD.

                    Defendant.

08 Civ. 5611 (RJH)

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Mado Martinez being duly sworn deposes and says:

    She is over the age of eighteen years old, not a party to this action and resides at Bronx, New York.

    That on July 22, 2008, I served by first class mail, a true and correct copy of the attached **MOTION TO ADMIT COUNSEL PRO HAC VICE and DECLARATION OF JOSHUA R. FURMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF CLAUDE M. STERN AND EVETTE D. PENNYPACKER**, by depositing a true and correct copy in a sealed properly addressed envelope, as follows:

        Paul J. Andre, Esq.
        King & Spalding, LLP
        1000 Bridge Parkway, Suite 100
        Redwood Shores, CA  94065

and by depositing the first class envelope in an official depository under the exclusive case and

custody of a United States Postal Service located within New York State.

Mado Martinez

Sworn before me, this
22nd day of July, 2008

Notary Public

BRAD E. COHEN
Notary Public, State of New York
No. 02CO6158807
Qualified in New York County
Commission Expires January 8, 20 11