UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALADDIN KNOWLEDGE SYSTEMS, LTD., :

                Plaintiff, :    08 Civ. 5611 (RJH)

v. :    **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

FINJAN, INC. and FINJAN SOFTWARE, LTD. :

                Defendant. :

---

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Aladdin Knowledge Systems, Ltd. and my request for electronic notification of all docket activity in this case. I certify that I am admitted to practice in this Court.

Dated: August 14, 2008
      New York, New York

                                    Respectfully submitted,

                                    QUINN, EMANUEL, URQUHART,
                                     OLIVER & HEDGES LLP

                                    By: _/s/ Mark Baker_____
                                         Mark D. Baker
                                         markbaker@quinnemanuel.com

                                  51 Madison Avenue, 22nd Floor
                                  New York, New York 10010
                                  Telephone: (212) 849-7000

                                  *Attorneys for the Plaintiff*