**quinn emanuel** trial lawyers | silicon valley
555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5025

WRITER'S INTERNET ADDRESS
evettepennypacker@quinnemanuel.com


RECEIVED AUG 15 2008 CHAMBERS OF RICHARD J. HOLWELL

August 14, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

**VIA FACSIMILE**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Aladdin Knowledge Systems, Ltd. v. Finjan, Inc. and Finjan Software Ltd.,
Case No.: 08 Civ 5611 RJH

Dear Judge Holwell:

Pursuant to the Court's July 30, 2008 order, the parties jointly write the Court to submit an agreed upon schedule for addressing Defendants' contemplated motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), or, in the alternative to transfer. The parties have met and conferred and agreed to the following schedule:

| DEADLINE | ACTIVITY |
|---|---|
| August 22, 2008 | Plaintiff files amended complaint |
| September 12, 2008 | Defendants file responsive pleading |
| September 26, 2008 | If Defendant files a motion on September 12, Plaintiff's opposition to such motion due |
| October 3, 2008 | If Defendant files a motion on September 12, Defendant's reply to such motion due |

**quinn emanuel urquhart oliver & hedges, llp**
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

In addition, a status conference
shall be held on 10/10/08 at
10:30

Respectfully submitted,

/s/ Eyette D. Pennypacker
Eyette D. Pennypacker, Esq. (*Admitted pro hac*)
Quinn, Emanuel, Urquhart, Oliver & Hedges LLP
*Attorneys for Plaintiff*

/s/ Rowena Young
Rowena Young, Esq.
King & Spalding LLP
*Attorneys for Defendants*

SO ORDERED

/s/
USDJ
8/20/08

2