| | |
|---|---|
| *Attorney or Party without Attorney:*<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>555 TWIN DOLPHIN DRIVE, STE 560<br>REDWOOD CITY, CA 94065<br>*Telephone No:* 650-801-5000    *FAX No:* 650-801-5100 | *For Court Use Only* |
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* 51421 | |

*Insert name of Court, and Judicial District and Branch Court:*
  UNITED STATES DISTRICT COURT, DISTRICT OF NEW YORK

*Plaintiff:* ALADDIN KNOWLEDGE SYSTEMS, LTD.

*Defendant:* FINJAN, INC., FINJAN  SOFTWARE, LTD., AND FINJAN SOFTWARE, INC.

| **PROOF OF SERVICE**<br>**MISC** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08-cv-5611 (RJH) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUPPLEMENTAL SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT FOR PATENT
   INFRINGEMENT AND JURY DEMAND (JURY TRIAL DEMANDED)

3.  a. *Party served:*          KING & SPALDING LLP; ATTN: PAUL ANDRE, ESQ./ROWENA YOUNG
    b. *Person served:*         MEGHAN WHARTON, AUTHORIZED TO ACCEPT, Caucasian, Female, Short
                                Blond Hair, w/Glasses, 5 Feet 2 Inches, 160 Pounds

4.  *Address where the party was served:*     1000 BRIDGE PARKWAY, SUITE 100
                                              REDWOOD SHORES, CA  94065

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
        process for the party on: Fri., Aug. 22, 2008 at: 4:15PM, to the person(s) indicated below in the manner as provided in CCP §1011
                                MEGHAN WHARTON, AUTHORIZED TO ACCEPT
    (1) **(Business)** A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the
        person served. I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KATHLEEN  KING                          d.  *The Fee for Service was:*

   ★ **A & A LEGAL SERVICE** ★               e.  I am: (3) registered California process server
                                                 (i)   Employee
   1541 Bayshore Hwy.        GENERAL@AALEGALSERVICE.COM     (ii)  *Registration No.:*     2008-00849
   Burlingame, CA 94010-1602     **Fax (650) 697-4640**      (iii) *County:*              San Francisco
   **(650) 697-9431**                            (iv)  *Expiration Date:*     Mon, Feb. 01, 2010

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Mon, Aug. 25, 2008

   Judicial Council Form                    PROOF OF SERVICE                    (KATHLEEN  KING)
   Rule 2.150.(a)&(b) Rev January 1, 2007              MISC                              6204500.47891